Matter of Meettook (2023 NY Slip Op 01591)

Matter of Meettook

2023 NY Slip Op 01591

Decided on March 23, 2023

Appellate Division, First Department

Per Curiam 

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: March 23, 2023
SUPREME COURT, APPELLATE DIVISION
First Judicial Department

David Friedman,J.P.,
Peter H. Moulton
Saliann Scarpulla
Manuel J. Mendez
Bahaati E. Pitt-Burke, JJ.

Motion No. 2023-00509 Case No. 2022-00809 

[*1]In the Matter of Kiran Meettook, a Suspended Attorney: Attorney Grievance Committee for the First Judicial Department, Petitioner, Kiran Meettook, (OCA ATTY. REG. NO. 4679379) Respondent.

Disciplinary proceedings instituted by the Attorney Grievance Committee for the First Judicial Department. Respondent was admitted to the Bar of the State of New York at a Term of the Appellate Division of the Supreme Court for the Third Judicial Department on January 22, 2009.

Jorge Dopico, Chief Attorney,
Attorney Grievance Committee, New York
(Remi E. Shea, of counsel), for petitioner.
Respondent pro se.

Per Curiam 

Respondent Kiran Meettook was admitted to the practice of law in the State of New York by the Third Judicial Department on January 22, 2009. At all times relevant to this proceeding, respondent maintained a registered business address within the First Judicial Department.
In February 2022, the Attorney Grievance Committee (the Committee) moved for respondent's immediate suspension from the practice of law pursuant to the Rules for Attorney Disciplinary Matters (22 NYCRR) § 1240.9(a)(1) and (3), based upon, inter alia, respondent's failure to comply with the Committee's lawful demands for bookkeeping records and to appear for an examination under oath as directed by subpoena.
On May 17, 2022, this Court granted the Committee's motion and immediately suspended respondent from the practice of law (Matter of Meettook, 206 AD3d 9 [1st Dept 2022]).
On May 18, 2022, a notice of entry with a copy of the order of suspension was served by a Committee investigator at respondent's address listed with the Office of Court Administration, a mail drop location, signed for by an individual named "Anil Teneja." The Committee's prior notice of motion to suspend contained the following notice:
"PLEASE TAKE FURTHER NOTICE, that pursuant to 22 NYCRR
§ 1240.9(b), an attorney who is suspended under § 1240.9(a) and who has
failed to respond to or appear for further investigatory or disciplinary
proceedings within six months from the date of the order of suspension
may be disbarred by the Court without further notice."
The Committee now seeks an order disbarring respondent, pursuant to 22 NYCRR 1240.9(b), on the ground that respondent was suspended pursuant to 22 NYCRR 1240.9(a)(1) and (3) and has neither responded to nor appeared for further investigatory or disciplinary proceedings within six months from the date of the order of suspension. Although served with this motion, respondent has not submitted a response. Inasmuch as six months have elapsed since this Court's May 17, 2022 suspension order, and respondent has neither responded to nor appeared for further investigatory or disciplinary proceedings, the Committee's motion for an order disbarring respondent pursuant to 22 NYCRR 1240.9(b) should be granted and respondent's name stricken from the roll of attorneys in the State of New York, effective immediately (Matter of Greenblum, 207 AD3d 101 [1st Dept 2022]; Matter of Meltzer, 201 AD3d 28 [1st Dept 2021]; Matter of Frieary, 199 AD3d 1 [1st Dept 2021]; Matter of Kelley, 194 AD3d 47 [1st Dept 2021]).
All concur.
IT IS ORDERED that the motion by Attorney Grievance Committee for the First Judicial Department for an order pursuant to 22 NYCRR 1240.9(b) disbarring respondent, Kiran Meettook, is granted, and respondent is disbarred, effective the date hereof, and respondent's name is stricken from the roll of attorneys and counselors-at-law; and
IT [*2]IS FURTHER ORDERED that, pursuant to Judiciary Law § 90, respondent Kiran Meettook is commanded to desist and refrain from (1) practicing law in any form, either as a principal or as agent, clerk, or employee of another, (2) appearing as an attorney or counselor-at-law before any court, Judge, Justice, board, commission, or other public authority, (3) giving to another an opinion as to the law or its application or any advice in relation thereto, and (4) holding herself out in any way as an attorney and counselor-at-law; and
IT IS FURTHER ORDERED that respondent Kiran Meettook shall comply with the rules governing the conduct of disbarred or suspended attorneys (see 22 NYCRR 1240.15), which are made part hereof; and
IT IS FURTHER ORDERED that if respondent Kiran Meettook has been issued a secure pass by the Office of Court Administration, it shall be returned forthwith to the issuing agency.
Order filed. March 23, 2023